M. P. No. 77-121. THE BOARD OF LICENSE COMMISSIONERS OF THE TOWN OF WESTERLY *et al*. *v*. THOMAS J. CALDARONE, JR. *et al*. The petition for writ of certiorari is granted and the writ shall issue forthwith.

The motion for stay is denied.

The parties are directed to argue the issue, among the other issues presented by this case, as to whether the petitioners have standing to apply for the prerogative writ of certiorari. See *Buffi* v. *Ferri*, 106 R.I. 349, 259 A.2d 847 (1969) and *Ramsay* v. *Sarkas*, 110 R.I. 590, 295 A.2d 416 (1972). *Vincent J. Naccarato*, Town Solicitor. *Timothy J. McCarthy, John F. Lallo*, for respondents.